## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:  **CELESTE DEMARCO**

)
)
)
)
)
)
)
)

MISC. BUSINESS DOCKET
No.: 19-mc-91278-PBS

## NOTICE OF FILING OF DISCIPLINARY ACTION

Notice is hereby given to **CELESTE DEMARCO,** of the filing with the United States District Court for the District of Massachusetts of a certified copy of a judgment or order demonstrating that you have been disciplined by the Supreme Judicial Court.  A copy of that judgment or order is enclosed herein, along with a copy of Local Rule 83.6.9.

Also enclosed is a Order to Show Cause to which you are required to respond within **twenty-eight (28) days** after service of this Notice and the Order, pursuant to this Court's Local Rule 83.6.9(b)(2).

DATED:  July 3, 2019

BY: _Robert M. Farrell_

Robert M. Farrell
Clerk of Court