# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:  **CELESTE DEMARCO**

)
)
)
)  MISC. BUSINESS DOCKET
)     No.: 19-mc-91278-PBS
)
)
)

## ORDER TO SHOW CAUSE

WHEREAS, the Supreme Judicial Court for the Commonwealth of Massachusetts has caused to be filed with this Court a certified copy of a judgment or order demonstrating that the aforementioned attorney has been disciplined.

WHEREAS, notice of said filing has been served upon **CELESTE DEMARCO**, along with a copy of said filing and a copy of Local Rule 83.6.9.

WHEREFORE, pursuant to Local Rule 83.6.9(b)(2), **CELESTE DEMARCO**, shall, within **twenty-eight (28) days** after service of this Order, file a response to this Order setting forth any and all claims predicated upon the grounds set forth in Local Rule 83.6.9(e)(1) that the imposition of the identical discipline by this Court would be unwarranted, the reasons therefor, and whether a hearing is requested.  A hearing on any and all such claims will be held if requested, otherwise the matter will be determined upon the papers without a hearing.

DATED: July 3, 2019

BY:_____
       Robert M. Farrell
       Clerk of Court