UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: **CELESTE DEMARCO**   )   MISC. BUSINESS DOCKET
                              )   No: 19-mc-91278-PBS

**ORDER OF IMMEDIATE TEMPORARY SUSPENSION**

WHEREAS, on April 29, 2019, the Supreme Judicial Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of an Order of Immediate Temporary Suspension with respect to Attorney **CELESTE DEMARCO**.

1. WHEREAS, pursuant to Local Rule 83.6.9(b), on July 3, 2019, "Notice of Filing of Disciplinary Action" and "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to **CELESTE DEMARCO**;

2. WHEREAS, on July 15, 2019, the certified mail package was signed for and delivered;

3. WHEREAS, **CELESTE DEMARCO** has failed to object or otherwise respond within twenty-eight days.

WHEREFORE, pursuant to Local Rule 83.6.9(c), this Court hereby imposes the identical discipline, and **CELESTE DEMARCO** is hereby Suspended from the practice of law before this court until further notice.

_8/15/19_
Date

_/s/ Patti B. Saris_
Patti B. Saris, Chief Judge